Michele Ballard Miller (SBN 104198)
  *mbmiller@cozen.com*
Ethan Chernin (SBN 273906)
  *echernin@cozen.com*
COZEN O'CONNOR
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Defendant
MAUSER PACKAGING SOLUTIONS
HOLDING COMPANY

Edgar Manukyan (SBN 314606)
    E-Mail:  edgar@manukyanlawfirm.com
MANUKYAN LAW FIRM, APC.
505 N. Brand Boulevard Suite 1220
Glendale, California 91203
Telephone: (818) 559-4444
Facsimile:  (888) 746-4420

Attorney for Plaintiff
JOSE FLAMENCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLAMENCO, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>MAUSER PACKAGING SOLUTIONS HOLDING COMPANY, a Delaware Corporation, and DOES 1 through 20, Inclusive<br><br>    Defendants. | CASE NO.: 5:25-cv-00267-AH-SPx<br><br>**ORDER RE DISMISSAL WITH PREJUDICE   [20]  [JS-6]**<br><br>*Assigned for all purposes to Hon. Anne Hwang* |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  JULY 1, 2026

_____

Hon. Anne Hwang

United States District Judge

2
ORDER OF DISMISSAL

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
**(CASE NO.: 5:25-cv-00267-AH-SP)**

I am employed in the County of Los Angeles, State of California. I am over the age 18 and not a party to the within action. My business address is 505 N. Brand Blvd. Suite 810, Glendale, CA 91203. On the date stated below, I served the foregoing document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** on the interested parties in this action as stated below:

____**BY MAIL**. I am "readily familiar" with Manukyan Law Firm's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

_____ **BY OVERNIGHT DELIVERY**. I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or a driver authorized by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

__X__ **BY ELECTRONIC MAIL TRANSMISION**. By electronic mail transmission by transmitting a PDF format copy of such document(s) to each such person at the email address(es) listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

_____ **BY PERSONAL SERVICE**. By causing delivery of copy(ies) of the document(s) by hand to the person(s) listed in the service list or to _____, a representative of the law firm of such person(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 25, 2026, at Glendale, California.

Name: Yajaira Ibarra                    Signature: _____

1

PROOF OF SERVICE

## **<u>SERVICE LIST</u>**

Michele Ballard Miller (SBN 104198)
*mbmiller@cozen.com*
Ethan Chernin (SBN 273906)
*echernin@cozen.com*
COZEN O'CONNOR
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Defendant
MAUSER PACKAGING SOLUTIONS HOLDING COMPANY

ORDER OF DISMISSAL